1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   HEATHER MARDEL JONES
3  Assistant United States Attorneys
   NATHAN LAMBERT
4  Special Assistant United States Attorney
   2500 Tulare Street, Suite 4401
5  Fresno, CA 93721
   Telephone: (559) 497-4000
6  Facsimile:  (559) 497-4099
   Attorneys for Plaintiff
7  United States of America

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        CASE NO.  1:13-CR-00231-LJO

12                  Plaintiff,       PRELIMINARY ORDER OF FORFEITURE

13         v.

14  TERRILL EUGENE BROWN,

15                  Defendant.

16

17       Based upon the plea agreement entered into between plaintiff United States of

18  America and defendant Terrill Eugene Brown it is hereby

19       ORDERED, ADJUDGED AND DECREED as follows:

20       1.  Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461, defendant Terrill

21  Eugene Brown's interest in the following property shall be condemned and forfeited to the

22  United States of America, to be disposed of according to law:

23           a)   Approximately $12,497.53 seized from Tucoemas Federal Credit
                  Union, Account: 113771004/489738,
24
             b)   2007 BMW M6, VIN: WBSEK9354X7CS32781;
25
             c)   2011 BMW X5 M, VIN: 5YMGY0C5XBLK26800;
26
             d)   2007 BMW M6, VIN: WBSEK93597CS32920;
27
             e)   Approximately $95,976.75 seized from Pershing LLC Account
28                HW8-828073;

Preliminary Order of Forfeiture          1

1    f)    Approximately $4,024.90 seized from Pershing LLC Account
2          HW8-827034;

      g)    Approximately $4,930.58 seized from Pershing LLC Account
3          HW8-827026; and,

4    h)    Approximately $64,984.14 seized from Nationwide Life Insurance
          Company, Account 01-6223215.
5

6    2.  The above-listed property facilitated, was involved in, and are proceeds

7    the defendant obtained directly or indirectly, as a result of the underlying criminal

8    activity and violations of 21 U.S.C. § 841 and 31 U.S.C. § 5324.

9    3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be

10   authorized to seize the above-listed property. The aforementioned property shall be seized

11   and held by the United States Department of Treasury, in its secure custody and control.

12   4.    a.  Pursuant to 21 U.S.C. § 853(n), 28 U.S.C. § 2461, and Local Rule

13   171, the United States shall publish notice of the order of forfeiture.  Notice of this Order

14   and notice of the Attorney General's (or a designee's) intent to dispose of the property in

15   such manner as the Attorney General may direct shall be posted for at least 30

16   consecutive days on the official internet government forfeiture site www.forfeiture.gov.

17   The United States may also, to the extent practicable, provide direct written notice to any

18   person known to have alleged an interest in the property that is the subject of the order of

19   forfeiture as a substitute for published notice as to those persons so notified.

20   b.  This notice shall state that any person, other than the defendant,

21   asserting a legal interest in the above-listed property, must file a petition with the Court

22   within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on

23   the official government forfeiture site, or within thirty (30) days from receipt of direct

24   written notice, whichever is earlier.

25   5.  If a petition is timely filed, upon adjudication of all third-party interests, if

26   any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853  and  28

27   U.S.C. § 2461 in which all interests will be addressed.

28   6.    The government, in its discretion, shall conduct discovery, including

Preliminary Order of Forfeiture                2

1  written discovery, the taking of depositions, and the issuance of subpoenas, in order to

2  identify, locate or dispose of property subject to forfeiture in accordance with Rule

3  32.2(b)(3) of the Federal Rules of Criminal Procedure.

4

5  IT IS SO ORDERED.

6     Dated:   **July 9, 2014**          **/s/ Lawrence J. O'Neill**

7                                 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28